735 S.E.2d 504

In the Interest of TRACY B., a Minor Under
the Age of Seventeen, Petitioner.

Appellate Case No. 2011–186286.

No. 27199.

Supreme Court of South Carolina.

Heard Oct. 31, 2012.
Decided Dec. 12, 2012.

Robert M. Dudek, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia, and Solicitor Scarlett A. Wilson, of Charleston, for the State.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *In re Tracy B.*, 391 S.C. 51, 704 S.E.2d 71 (Ct.App.2010). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.